UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ABDULLAH NAIM HAFIZ,                    )   Case No. CV 11-0178-UA(PJW)
                                        )
                Plaintiff,              )   J U D G M E N T
                                        )
          v.                            )
                                        )
WILLIAM DEPWEG, et al.,                 )
                                        )
                Defendants.             )
_____)

    Pursuant to the Order Dismissing the Complaint,

    IT IS ADJUDGED that the action is dismissed without prejudice.


    DATED: February 14, 2011

                                    _____
                                    AUDREY B. COLLINS
                                    UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 11-0178 UA (PJW) Judgment.wpd